```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797
```

**FILED**

JUL 22 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT AT<br><br>11137 GLENN LOOP<br>ROUGH AND READY,<br>COUNTY OF NEVADA, CA. | 2:10-SW-291 KJN<br><br>APPLICATION AND ORDER FOR UNSEALING SEARCH WARRANT |

On July 20, 2010, a search warrant was filed in the above-referenced case. Since the government has made initial arrests in this case, it is no longer necessary for the search warrant to be sealed. The government respectfully requests that the search warrant and attached affidavit be unsealed.

DATED: July 22, 2010

BENJAMIN B. WAGNER
United States Attorney

By /s/ _____
MICHAEL M. BECKWITH
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED:

DATED: July 22, 2010

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1